FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER, | ) NO. CV 12-6638-R(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SUPERIOR COURT SAN LUIS OBISPO, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: Oct. 15, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE